UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Tampa Division)

HAUTE MODE, doing business as
CREATIVE CRYSTAL COMPANY,
a Florida Corporation, and
LUCIA REID, an Individual

        Plaintiffs,        CASE NO.   8:05 cv-01377-JDW-EAJ

vs.

KANDI CORPORATION, a Florida
Corporation, JADE TECH, INC d/b/a
ABBY DESIGNS a Florida Corporation,
S. DAVID RIBA, an Individual, and
ABBY RIBA, an Individual,

        Defendants.
_____/

## PERMANENT INJUNCTION/RESTRAINING ORDER AGAINST DEFENDANTS KANDI CORPORATION, JADE TECH, INC., S. DAVID RIBA AND ABBY RIBA

This action has been resolved between the parties and the parties have stipulated to the entry of this Injunction.

### FINDINGS OF FACT

The Court finds as follows:

1.    On July 22, 2005, Plaintiffs filed a Complaint for Injunctive Relief and damages. Thereafter, Plaintiffs amended their Complaint prior to serving it and thereafter filed a Second Amended Complaint to add Jade Tech, Inc. as a Defendant.  Count I is for trademark infringement in violation for the Lanham Act 15 U.S.C. § 1114 (1) (a); Count II is for unfair competition and false description and representation under the Lanham Act, 15 U.S.C. § 1125 (a); Count III is for violating 15 U.S.C. § 1125 (d) known as the Anti-Cyber Squatting Consumer Protection Act; Count IV is for dilution of a federally registered trademark in violation 15 U.S.C. § 1125 (c)

known as the Anti-Cyber Squatting Consumer Protection Act; Count V is for federal copyright infringement under 17 U.S.C. 101 et seq; Count VI is for violating the Digital Millennium Copyright Act 17 U.S. C. § 1202; Count VII is for Florida common law trademark infringement; Count VIII is for common law unfair competition; Count IX is for trademark dilution pursuant to Florida Statutes § 495.151; Count X is for common law unjust enrichment; and Count XI is for common law defamation.

2. In March 2003, Kandi registered the domain name www.creative-crystals.com.

3. Pursuant to the Court's previous scheduling Order, the parties conducted mediation on November 30, 2006 and December 6, 2006. At mediation, in accordance with a written confidential settlement agreement between the parties, the parties agreed to stipulate to this permanent injunction.

4. Defendants Kandi Corporation, Jade Tech, Inc. d/b/a Abby Designs, S. David Riba, and Abby Riba admit that the Court has jurisdiction over this action and have stipulated to the entry of a permanent injunction.

## CONCLUSIONS OF LAW

5. On March 11, 2003, the Defendants S. David Riba and Kandi Corporation, registered the domain name www.creative-crystals.com and any future use of that domain name or a similarly confusing name would be in violation of 15 U.S.C. § 1125 (d) known as the Anti-Cyber Squatting Consumer Protection Act.

6. Additionally, from February 11, 2003 until September 28, 2006, Defendants, S. David Riba and Kandi Corporation, used Plaintiffs' trademark "BeJeweler" or other similarly confusing names in meta-tags without Plaintiffs' permission and any future use of that trademark or other similarly confusing items in meta-tags would be in violation of the Lanham Act 15 US.C. §

1114 (l)(a) and § 1125.

IT IS HEREBY FURTHER ORDERED THAT:

Kandi Corporation, Jade Tech, Inc d/b/a Abby Designs, S. David Riba and Abby Riba and its officers, agents, servants, employees, attorneys, and those persons in active concert and participation with defendants who receive actual or constructive notice of this Order by personal service or otherwise ("Defendants") are enjoined from: (1) unlawfully using any trademark, including those set forth above, any copyright, product name, domain name and personal name of Haute Mode, Inc. and Lucia Reid existing when the confidential settlement agreement was executed; and (2) using product comparison charts or references to products or names of Haute Mode, Inc. and Lucia Reid existing when the confidential settlement agreement was executed for a period of five years from December 6, 2006.

This court retains jurisdiction to enforce this injunction.

Dated this 16th day of January, 2007.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies to:
Jeffrey D. DeCarlo, Esq.
Robert R. Warchola, Esq.